IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN GROBLER,

        Plaintiff,

v.

SONY COMPUTER ENTERTAINMENT AMERICA LLC,

        Defendant.

CASE NO. C 12-1526-DMR

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul Hart, whose business address and telephone number is EriseIP, P.A., 6201 College Blvd Suite 300, Overland Park, KS 66211, Telephone: (913) 777-5600

and who is an active member in good standing of the bar of the State of Missouri having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Sony Computer Entertainment

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 21, 2012

                                                  Lucy H. Koh
                                             United States District Judge