RECEIVED
2012 JUN 13 P 1:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN GROBLER,

        Plaintiff,

v.

SONY COMPUTER ENTERTAINMENT AMERICA LLC,

        Defendant.

CASE NO. C 12-1526-DMR

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Abran Kean, whose business address and telephone number is EriseIP, P.A., 6201 College Blvd Suite 300, Overland Park, KS 66211, Telephone: (913) 777-5600

and who is an active member in good standing of the bar of the State of Missouri having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Sony Computer Entertainment

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: June 21, 2012

*Lucy H. Koh*

United States District Judge