IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER, <br><br> Plaintiff, <br><br> v. <br><br> SONY COMPUTER ENTERTAINMENT AMERICA LLC, <br><br> Defendant. | CASE NO. C 12-1526-DMR <br><br> ~~(Proposed)~~ <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Eric Buresh, whose business address and telephone number is EriseIP, P.A., 6201 College Blvd Suite 300, Overland Park, KS 66211, Telephone: (913) 777-5600

and who is an active member in good standing of the bar of the State of Missouri

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Sony Computer Entertainment

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 21, 2012

*Lucy H. Koh*
United States District Judge

RECEIVED 2012 JUN 13 P 1: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA