Christopher D. Banys (State Bar No. 230038)
Richard C. Lin        (State Bar No. 209233)
cdb@lanierlawfirm.com
rcl@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 322-9100
Facsimile:  (650) 322-9103

Attorneys for Plaintiff,
BENJAMIN GROBLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>    Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>    Defendant. | Case No.  5:12-cv-01526-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BENJAMIN GROBLER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

1  This matter comes before this Court on Plaintiff Benjamin Grobler's Administrative
2  Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12.  After full
3  consideration of all the papers, submissions, and arguments of counsel, the Court finds that,
4  under Civil Local Rule 3-12, the present case is related to *Grobler v. Apple Inc.*, Case No. CV
5  12-1534-RS, currently pending in this District.  Accordingly, the Court orders as follows:
6      Pursuant to Civil Local Rule 3-12(f), *Grobler v. Apple Inc.*, Case No. CV 12-1534-RS, as
7  the later-filed case, is hereby reassigned to the undersigned Judge.
8  IT IS SO ORDERED.

10  DATED:    July 23, 2012
            _____

12                                    _____
13                                    The Honorable Lucy H. Koh
                                      United States District Judge

[PROPOSED] ORDER GRANTING ADMIN. MOTION         1           CASE NO.  5:12-CV-01526-LHK (PSG)
RE RELATED CASES