Christopher D. Banys (State Bar No. 230038)
Richard C. Lin      (State Bar No. 209233)
cdb@lanierlawfirm.com
rcl@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 322-9100
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
BENJAMIN GROBLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>                    Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>                    Defendant. | Case No.  5:12-cv-01526-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BENJAMIN GROBLER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

1    This matter comes before this Court on Plaintiff Benjamin Grobler's Administrative

2    Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12.  After full

3    consideration of all the papers, submissions, and arguments of counsel, the Court finds that,

4    under Civil Local Rule 3-12, the present case is related to *Grobler v. Apple Inc.*, Case No. CV

5    12-1534-RS, currently pending in this District.  Accordingly, the Court orders as follows:

6         Pursuant to Civil Local Rule 3-12(f), *Grobler v. Apple Inc.*, Case No. CV 12-1534-RS, as

7    the later-filed case, is hereby reassigned to the undersigned Judge.

8    IT IS SO ORDERED.

9

10   DATED:          July 23, 2012
                     _____

11

12                                              _____

13                                              The Honorable Lucy H. Koh
                                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28