1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN GROBLER,  ) | Case No.: 12-CV-1526-LHK |
| ) | |
| Plaintiff,  ) | |
| v.  ) | ORDER VACATING MOTION |
| ) | HEARING |
| SONY COMPUTER ENTERTAINMENT  ) | |
| AMERICA LLC,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| BENJAMIN GROBLER,  ) | Case No.: 12-CV-1534-LHK |
| ) | |
| Plaintiff,  ) | |
| v.  ) | |
| ) | |
| APPLE INC.,  ) | |
| ) | |
| Defendant.  ) | |

A hearing on Defendant Sony Computer Entertainment America LLC's ("Sony's") motion to dismiss Plaintiff Benjamin Grobler's ("Grobler's") claim for induced patent infringement in *Grobler v. Sony*, 12-CV-1526-LHK, is scheduled for December 13, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument. Accordingly, the hearing on Sony's motion to dismiss set for December 13, 2012, is hereby VACATED. The initial case management conference in *Grobler v. Sony*, 12-CV-1526-LHK, remains set for December 13, 2012, at 1:30 p.m. The initial case management conference in

1

Case Nos.: 12-CV-1526-LHK, 12-CV-1534-LHK
ORDER VACATING MOTION HEARING

1  related case *Grobler v. Apple Inc.*, 12-CV-1534-LHK, also remains set for December 13, 2012, at
2  1:30 p.m.
3  **IT IS SO ORDERED.**
4  Dated: December 11, 2012

                                        LUCY H. KOH
                                        United States District Judge

2

Case Nos.: 12-CV-1526-LHK, 12-CV-1534-LHK
ORDER VACATING MOTION HEARING