United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>    Plaintiff,<br>  v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>    Defendant. | Case No.: 12-CV-1526-LHK<br><br>ORDER VACATING MOTION HEARING |
| BENJAMIN GROBLER,<br><br>    Plaintiff,<br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 12-CV-1534-LHK |

    A hearing on Defendant Sony Computer Entertainment America LLC's ("Sony's") motion to dismiss Plaintiff Benjamin Grobler's ("Grobler's") claim for induced patent infringement in *Grobler v. Sony*, 12-CV-1526-LHK, is scheduled for December 13, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for determination without oral argument. Accordingly, the hearing on Sony's motion to dismiss set for December 13, 2012, is hereby VACATED. The initial case management conference in *Grobler v. Sony*, 12-CV-1526-LHK, remains set for December 13, 2012, at 1:30 p.m. The initial case management conference in

1

1  related case *Grobler v. Apple Inc.*, 12-CV-1534-LHK, also remains set for December 13, 2012, at
2  1:30 p.m.
3  **IT IS SO ORDERED.**
4  Dated: December 11, 2012

                                                    LUCY H. KOH
                                                    United States District Judge

Case Nos.: 12-CV-1526-LHK, 12-CV-1534-LHK
ORDER VACATING MOTION HEARING