United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>  Plaintiff,<br><br>  v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>  Defendant. | Case No.  12-cv-01526-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 66 |

A hearing on Sony's motion to stay, ECF No. 66, is scheduled for June 6, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: May 31, 2013

_____
JON S. TIGAR
United States District Judge