UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>    Defendant. | Case No. 12-cv-01526-JST<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: ECF No. 66 |

On June 6, 2013, the Court granted Sony's motion to stay this action pending a decision by the USPTO as to Sony's petition for inter partes review ("IPR") of the patent-in-suit, U.S. Patent No. 6,799,084, but it denied at that time Sony's request to stay the action pending the completion of the IPR in the event that the USPTO granted its petition. ECF No. 75.

The USPTO granted Sony's petition on July 22, 2013. See ECF No. 79. Given that the IPR is likely to simplify the issues in this action, the Court concludes that a stay of the case pending the resolution of the IPR is warranted. Accordingly, Sony's motion to stay is GRANTED. Grobler shall file a motion to lift the stay once the IPR is completed.

**IT IS SO ORDERED**.

Dated: July 29, 2013

_____
JON S. TIGAR
United States District Judge