| | |
|---|---|
| Christopher D. Banys (State Bar No. 230038)<br>Richard C. Lin (State Bar No. 209233)<br>Jennifer C. Lu (State Bar No. 255820)<br>cdb@banyspc.com<br>rcl@banyspc.com<br>jcl@banyspc.com<br>BANYS, P.C.<br>1032 Elwell Court, Suite 100<br>Palo Alto, California 94303<br>Telephone: (650) 308-8505<br>Facsimile: (650) 353-2202<br><br>Attorneys for Plaintiff,<br>BENJAMIN GROBLER | Eric A. Buresh (*Pro Hac Vice*)<br>eric.buresh@eriseip.com<br>Abran J. Kean (*Pro Hac Vice*)<br>abran.kean@eriseip.com<br>Paul R. Hart (*Pro Hac Vice*)<br>paul.hart@eriseip.com<br>ERISE IP, P.A.<br>6201 College Boulevard, Suite 300<br>Overland Park, Kansas 66211<br>Phone: (913) 777-5600<br>Facsimile: (913) 777-5601<br><br>Julie Turner<br>Joshua Masur<br>TURNER BOYD LLP<br>2570 W. El Camino Real, Suite 380<br>Mountain View, CA 94040<br>(650) 521-5930<br><br>Attorneys for Defendant<br>SONY COMPUTER<br>ENTERTAINMENT AMERICA LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>　　　　　Defendant. | Case No. 12-cv-01526-JST (PSG)<br><br>**JOINT MOTION TO DISMISS SONY WITH PREJUDICE** |

| | |
|---|---|
| 1 | Plaintiff Benjamin Grobler ("Grobler") and Defendant Sony Computer Entertainment America |
| 2 | LLC ("Sony") announce to the Court that they have settled their claims for relief asserted in this cause |
| 3 | and thus jointly move this Court to dismiss with prejudice all pending claims by Grobler against Sony. |
| 4 | Each party is to bear its own costs and fees. A proposed order accompanies this Motion. |

Dated: October 7, 2013

Respectfully submitted,

By: /s/ Richard C. Lin
Christopher D. Banys (State Bar No. 230038)
cdb@banyspc.com
Richard C. Lin (State Bar No. 209233)
rcl@banyspc.com
Jennifer C. Lu (State Bar No. 255820)
jcl@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202

Attorneys for Plaintiff,
BENJAMIN GROBLER

| | |
|---|---|
| 1 | */s/ Abran J. Kean* |
| 2 | Eric A. Buresh (*Pro Hac Vice*) |
|   | eric.buresh@eriseip.com |
| 3 | Abran J. Kean (*Pro Hac Vice*) |
|   | abran.kean@eriseip.com |
| 4 | Paul R. Hart (*Pro Hac Vice*) |
|   | paul.hart@eriseip.com |

**ERISE IP, P.A.**
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601

Julie Turner
Joshua Masur
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
(650) 521-5930

Attorneys for Defendant
SONY COMPUTER
ENTERTAINMENT AMERICA LLC

JOINT MOTION TO DISMISS 2 CASE NO. 12-CV-01526-JST (PSG)

1  I, Richard C. Lin, am the ECF User whose ID and password are being used to file this Joint
2  Motion To Dismiss Sony With Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest
3  that counsel whose e-signatures appear on the foregoing page have concurred with this filing.

　　　　　　　　　　　　　　　　　　　　　*/s/ Richard C. Lin*
　　　　　　　　　　　　　　　　　　　　　Richard C. Lin

JOINT MOTION TO DISMISS　　　　　　　3　　　　　　　CASE NO. 12-CV-01526-JST (PSG)