Christopher D. Banys (State Bar No. 230038)
Richard C. Lin       (State Bar No. 209233)
Jennifer C. Lu       (State Bar No. 255820)
cdb@banyspc.com
rcl@banyspc.com
jcl@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

Attorneys for Plaintiff,
BENJAMIN GROBLER

Eric A. Buresh (*Pro Hac Vice*)
eric.buresh@eriseip.com
Abran J. Kean (*Pro Hac Vice*)
abran.kean@eriseip.com
Paul R. Hart (*Pro Hac Vice*)
paul.hart@eriseip.com
ERISE IP, P.A.
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Phone:     (913) 777-5600
Facsimile: (913) 777-5601

Julie Turner
Joshua Masur
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
(650) 521-5930

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>           Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>           Defendant. | Case No.  12-cv-01526-JST (PSG)<br><br>**JOINT MOTION TO DISMISS SONY WITH PREJUDICE** |

1   Plaintiff Benjamin Grobler ("Grobler") and Defendant Sony Computer Entertainment America
2   LLC ("Sony") announce to the Court that they have settled their claims for relief asserted in this cause
3   and thus jointly move this Court to dismiss with prejudice all pending claims by Grobler against Sony.
4   Each party is to bear its own costs and fees.  A proposed order accompanies this Motion.

Dated: October 7, 2013                                  Respectfully submitted,


                                                        By: */s/ Richard C. Lin*
                                                        Christopher D. Banys (State Bar No. 230038)
                                                        cdb@banyspc.com
                                                        Richard C. Lin (State Bar No. 209233)
                                                        rcl@banyspc.com
                                                        Jennifer C. Lu (State Bar No. 255820)
                                                        jcl@banyspc.com
                                                        BANYS, P.C.
                                                        1032 Elwell Court, Suite 100
                                                        Palo Alto, California 94303
                                                        Telephone:  (650) 308-8505
                                                        Facsimile:   (650) 353-2202

                                                        Attorneys for Plaintiff,
                                                        BENJAMIN GROBLER

JOINT MOTION TO DISMISS                      1                  CASE NO. 12-CV-01526-JST (PSG)

*/s/ Abran J. Kean*
Eric A. Buresh (*Pro Hac Vice*)
eric.buresh@eriseip.com
Abran J. Kean (*Pro Hac Vice*)
abran.kean@eriseip.com
Paul R. Hart (*Pro Hac Vice*)
paul.hart@eriseip.com
**ERISE IP, P.A.**
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Phone: (913) 777-5600
Facsimile:      (913) 777-5601


Julie Turner
Joshua Masur
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
(650) 521-5930

Attorneys for Defendant
SONY COMPUTER
ENTERTAINMENT AMERICA LLC

1     I, Richard C. Lin, am the ECF User whose ID and password are being used to file this Joint
2 Motion To Dismiss Sony With Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest
3 that counsel whose e-signatures appear on the foregoing page have concurred with this filing.

4
5
6                                                           */s/ Richard C. Lin*
7                                                           Richard C. Lin

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28