| | |
|---|---|
| Christopher D. Banys (State Bar No. 230038) | Eric A. Buresh (*Pro Hac Vice*) |
| Richard C. Lin (State Bar No. 209233) | eric.buresh@eriseip.com |
| Jennifer C. Lu (State Bar No. 255820) | Abran J. Kean (*Pro Hac Vice*) |
| cdb@banyspc.com | abran.kean@eriseip.com |
| rcl@banyspc.com | Paul R. Hart (*Pro Hac Vice*) |
| jcl@banyspc.com | paul.hart@eriseip.com |
| BANYS, P.C. | ERISE IP, P.A. |
| 1032 Elwell Court, Suite 100 | 6201 College Boulevard, Suite 300 |
| Palo Alto, California 94303 | Overland Park, Kansas 66211 |
| Telephone: (650) 308-8505 | Phone: (913) 777-5600 |
| Facsimile: (650) 353-2202 | Facsimile: (913) 777-5601 |

Attorneys for Plaintiff,
BENJAMIN GROBLER

Julie Turner
Joshua Masur
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
(650) 521-5930

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN GROBLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>　　　　　Defendant. | Case No. 12-cv-01526-JST (PSG)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS SONY WITH PREJUDICE |

　　　　Before the Court is a Joint Motion to Dismiss Sony With Prejudice (the "Motion") of Plaintiff

Benjamin Grobler ("Grobler") and Sony Computer Entertainment America LLC ("Sony") (collectively

the "Parties"). The Court, having fully considered the Motion, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all claims by Grobler against Sony are dismissed with prejudice. Each of the foregoing Parties shall bear its own costs, fees, and expenses.

**SO ORDERED.**

Dated: __October 7, 2013_____

IT IS SO ORDERED

Judge Jon S. Tigar